UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William M. Wunderlich
United States Magistrate Judge
Yosemite, California

                              RE:    Manuel LOPSTAIN
                                      Docket Number:   6:07M00107-01
                                      <u>**CONTINUANCE OF JUDGMENT**</u>
                                      <u>**AND SENTENCE**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 23, 2007, to November 20, 2007 at 10:00 a.m.

**REASON FOR CONTINUANCE:**

Mr. Lopstain's counsel, Marc Days, with the Federal Defender's Office in Fresno, California, did not receive the case until the first of October 2007, due to prior counsel, Ms. Rita Bosworth, leaving Yosemite National Park at the end of her term to return to her normal duty station.

                                             Respectfully submitted,

                                             /s/ Casey Horner, Sr.

                                          **CASEY HORNER, SR.**
                                       **Senior United States Probation Officer**

**REVIEWED BY:**      /s/ Deborah A. Spencer
                          **DEBORAH A. SPENCER**
                          **Supervising United States Probation Officer**

Dated:        October 19, 2007
                 Modesto, California
                 CKH:lr

IT IS SO ORDERED.

**Dated:**   **October 22, 2007**                          /s/ William M. Wunderlich
                                                            UNITED STATES MAGISTRATE JUDGE