AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| MANUEL LOPSTAIN | Case Number: 6:07-MJ-00107-WMW |
| | USM Number: |
| | D. Cronin, A.F.D. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)  One and Two
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 113 (A) (4) | Assault | 6/15/2007 | One |
| 36 CFR 2.34 (A) (2) | Disorderly Conduct | 6/15/2007 | Two |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/30/2008
Date of Imposition of Judgment

_[signature]_
Signature of Judge

William M. Wunderlich — U.S. Magistrate Judge
Name of Judge — Title of Judge

7/31/08
Date

Judgment—Page  3  of  4

DEFENDANT:  MANUEL LOPSTAIN
CASE NUMBER:  6:07-MJ-00107-WMW

## ADDITIONAL PROBATION TERMS

UNSUPERVISED PROBATION FOR 36 MONTHS:

1. Pursuant to 18 USC 3563 (b)(10), the defendant shall be imprisoned for term of 120 days, 30 days suspended, for a total of 90 days. Defendant shall surrender on September 2, 2008 by 2:00 PM at the facility designated by the Bureau of Prisons. If defendant does not receive notice of designation from the Bureau of Prisons, he shall arrive at the U.S. Marshall's Office in Fresno, CA at 2:00 PM.

2. Defendant shall pay $10 penalty assessment for each charge, for a total of $20.00, to the Clerk of Court, 501 "I" St. Suite 4-200, Sacramento, CA 95814.

3. Attend and complete an Anger Management class and file proof with the Clerk's Office, P.O. Box 575, Yosemite CA 95389.

4. Do not consume alcohol in Yosemite National Park.

5. Bail posted shall be returned to surety.